**Charles Franklin HARGETT, Jr., Plaintiff—Appellant,**

v.

**FORSYTH COUNTY SHERIFF'S DEPARTMENT; J.W. Boles, Defendants—Appellees.**

No. 05–7603.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 23, 2006.

Decided March 3, 2006.

Charles Franklin Hargett, Jr., Appellant Pro Se. Allan R. Gitter, Bradley Owen Wood, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, North Carolina, for Appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Franklin Hargett, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hargett v. Forsyth County Sheriff's Dep't,* No. CA–03–440–1 (M.D.N.C. Sept. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*